# Bradford W. Caraway

## Standing Chapter 13 Trustee

Northern District of Alabama
Southern Division
(205) 323-4631
Facsimile (205) 252-0239
Email: info@ch13bham.com

Payment Address
P.O. Box 3789
JACKSON, MS. 39207

Correspondence Address
P.O. box 10848
Birmingham, al. 35202-0848

Charles E. King
Assistant Trustee

Mary Frances Fallaw
Staff Attorney

November 15, 2021

LIFE CHURCH LEARNING CENTER
Attn: Payroll Department
5567 CHALKVILLE ROAD
BIRMINGHAM, AL 35235-

Re: SHEENA A. BOUYER
   Case: 21-01594-DSC13
   SSN: ###-##-5045

Dear Madam/Sir:

  Please cease making deductions from the wages of the above-named Debtor. No future deductions will be required unless you receive a new Direction for Deduction. If you have any questions, please call or email our office. Thank you for your assistance.

Sincerely,

/s/ Bradford W. Caraway

_____
Bradford W. Caraway
Chapter 13 Standing Trustee

SF